# Court of Appeals
# of the State of Georgia

ATLANTA,　　May 25, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0363. JAMES EDWARD WATKINS v. THE STATE.**

James Edward Watkins pled guilty to criminal charges and was sentenced to serve time in prison.[1] Watkins filed a motion seeking credit for time served prior to his guilty plea. On March 10, 2016, the trial court denied the motion on the basis that it lacked authority to determine credit for time served. Watkins filed this application for discretionary appeal on April 30, 2016. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days.[2] See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Watkins filed his application 51 days after entry of the order he seeks to appeal. Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.

---

[1] Based upon the limited information included with the application, we are unable to ascertain the offenses to which he pled guilty or his sentence.

[2] Furthermore, the trial court properly dismissed the application because a claim for credit for time served should be directed to the Department of Corrections rather than the trial court. See *Cutter v. State*, 275 Ga. App. 888, 890 (2) (622 SE2d 96) (2005). If dissatisfied with the Department's response, Watkins' remedy would be to file a mandamus or injunction action against the Commissioner of the Department of Corrections. See id.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*⎯⎯⎯⎯⎯ 05/25/2016 ⎯⎯⎯⎯⎯

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

⎯⎯⎯⎯⎯⎯⎯⎯⎯ *Stephen E. Castlen* ⎯⎯⎯⎯⎯⎯⎯⎯⎯ *, Clerk.*